SEALED

FILED IN OPEN COURT
ON 4-28-2020 BG
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-72(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | INDICTMENT |
| | ) | |
| LUKE MICHAEL CHURCHILL | ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning on or about April 20, 2019, and continuing through on or about June 16, 2019, in the Eastern District of North Carolina, the defendant, LUKE MICHAEL CHURCHILL, did knowingly employ, use, persuade, induce, entice, and coerce a minor, Minor-1, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct. These visual depictions were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO

On or about June 25, 2019, in the Eastern District of North Carolina, the defendant, LUKE MICHAEL CHURCHILL, did knowingly possess at least one matter which contains any visual depiction that had been shipped and transported

using any means and facility of interstate and foreign commerce and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and the production of such visual depiction involved the use of a prepubescent minor or a minor who had not attained 12 years of age engaging in sexually explicit conduct, and such visual depiction was of such conduct, in violation of Title 18 United States Code § 2252(a)(4)(B).

## ALLEGATION OF PRIOR CONVICTIONS

For purposes of Title 18, United States Code, Section 2251(e) and Title 18, United States Code, Section 2252(b), the defendant had, at the time of the offenses alleged herein, at least one prior conviction under Title 18, United States Code, Chapter 110, relating to the possession of child pornography (including but not limited to a prior conviction under Title 18, United States Code, Section 2252(a)(4)(B)).

*[Remainder of page intentionally left blank]*

## FORFEITURE NOTICE

The named defendant is hereby given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of one or more of the offenses set forth in Counts One and Two above, LUKE MICHAEL CHURCHILL, the defendant herein, shall forfeit to the United State, pursuant to Title 18, United States Code, 2253(a):

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of the offense(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of said offense(s) or any property traceable to such property.

The forfeitable property includes, but is not limited to:

(a) Dell Precision 7520 Laptop (S/N: 10395036794); and

(b) Samsung Galaxy 8 (IMEI# 35598608896556).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), through Title 18, United States Code, Sections 2253 or 1467, whichever may be applicable, to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

*Foreperson*

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Date: 4-28-20

ROBERT J. HIGDON, JR.
United States Attorney

_____
BY: BRYAN M. STEPHANY
Assistant United States Attorney